**Carolyn Annette WAKER,
Plaintiff—Appellant,**

v.

**Brenda DONALD, Secretary, Department of Human Resources; Joseph Jackins, Executive Director of Child Support, Department of Human Resources; Fran Johnson, Director of Direct Services, Department of Human Resources; Nadine Countess, Assistant Director of Interstate, Department of Human Resources, Defendants—Appellees.**

No. 10–1112.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 26, 2010.

Carolyn Annette Waker, Appellant Pro Se. Julia Doyle Bernhardt, Assistant Attorney General, Elise Song Kurlander, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Annette Waker appeals the district court's order dismissing her Americans with Disabilities Act complaint, 42 U.S.C.A. §§ 12101–12213 (West 2005 & Supp.2009), for failure to timely respond in accord with the court's notice of December 3, 2009. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Waker v. Donald,* No. 1:09–cv–01599–JFM (D.Md. Dec. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*